# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATRICIA A. SHENK, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MALLINCKRODT PLC, and MARK TRUDEAU,<br><br>Defendants. | Case No. 1:17-cv-00145-EGS |

## MOTION FOR ADMISSION OF ATTORNEY NATHAN A. HASIUK *PRO HAC VICE*

Pursuant to Civil Local Rule 83.2(d), Michael Weitzner, counsel for Plaintiff Patricia A. Shenk, moves this Court to grant the admission *pro hac vice* and appearance of Nathan A. Hasiuk as counsel for Plaintiff. This motion is supported by the Declaration of Nathan A. Hasiuk, which is attached as Exhibit 1. As set forth in Mr. Hasiuk's declaration, he is admitted and an active member in good standing in the following courts and bars: the State Bars of Pennsylvania and New Jersey and the United States District Court for the Eastern District of Pennsylvania.

    Mr. Hasiuk's contact information is:

        Nathan A. Hasiuk
        Kessler Topaz Meltzer & Check, LLP
        280 King of Prussia Road
        Radnor, PA 19087
        Telephone: (610) 667-7706
        Email: nhasiuk@ktmc.com

Dated: February 3, 2017					Respectfully submitted,

									/s/ Michael Weitzner
									Michael Weitzner (D.C. Bar No 472505)
									4916 Brandywine Street N.W.
									Washington, D.C. 20016
									Tel: (202) 905-1172
									Fax: (202) 265-0403
									mweitzner@weitznerlaw.com

# CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of February 2017, a true and correct copy of the foregoing Motion for Admission of Attorney Nathan A. Hasiuk *Pro Hac Vice* was served with the Clerk of the Court and upon all counsel of record using the CM/ECF system.

/s/ Michael Weitzner
Michael Weitzner
