# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| PATRICIA A. SHENK | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:17-cv-00145-EGS |
| MALLINCKRODT PLC AND MARK TRUDEAU | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Patricia A. Shenk                                                                                                       .

Date:   02/06/2017

/s/ Geoffrey C. Jarvis
*Attorney's signature*

Geoffrey C. Jarvis (D.C. Bar No. 392243)
*Printed name and bar number*

Kessler Topaz Meltzer & Check, LLP
280 King of Prussia Road
Radnor, PA  19087
*Address*

gjarvis@ktmc.com
*E-mail address*

(610) 667-7706
*Telephone number*

(610) 667-7056
*FAX number*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of February 2017, a true and correct copy of the foregoing Appearance of Counsel was served with the Clerk of the Court and upon all counsel of record using the CM/ECF system.

/s/ Geoffrey C. Jarvis
Geoffrey C. Jarvis
