**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PATRICIA A. SHENK, Individually and on Behalf of All Others Similarly Situated, | Civil Action No. 1:17-cv-00145-EGS |
| Plaintiff, | CLASS ACTION |
| v. | JURY TRIAL DEMANDED |
| MALLINCKRODT PLC and MARK TRUDEAU, | |
| Defendants. | |
| JYOTINDRA PATEL, Individually and on Behalf of All Others Similarly Situated, | Civil Action No. 1:17-cv-00171-EGS |
| Plaintiff, | CLASS ACTION |
| v. | JURY TRIAL DEMANDED |
| MALLINCKRODT PLC and MARK TRUDEAU, | |
| Defendants. | |
| AMY T. SCHWARTZ & STEPHEN A. SCHWARTZ, | Civil Action No. 1:17-cv-00447-EGS |
| Plaintiffs, | CLASS ACTION |
| v. | JURY TRIAL DEMANDED |
| MALLINCKRODT PLC and MARK TRUDEAU, | |
| Defendants. | |

| | |
|---|---|
| FULTON COUNTY EMPLOYEES RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, | Civil Action No. 1:17-cv-00534-EGS |
| Plaintiff, | CLASS ACTION |
| v. | JURY TRIAL DEMANDED |
| MALLINCKRODT PLC, MARK TRUDEAU and MATTHEW K. HARBAUGH, | |
| Defendants. | |

### MOTION OF STATE TEACHERS RETIREMENT SYSTEM OF OHIO FOR LEAVE TO FILE SURREPLY IN RESPONSE TO REPLY OF AMALGAMATED BANK AND SUPPORTING SECOND DECLARATION OF WILSON M. MEEKS III ON THE MOTIONS FOR APPOINTMENT OF LEAD PLAINTIFF AND APPROVAL OF THE SELECTION OF LEAD COUNSEL

Pursuant to Local Civil Rule 7, Proposed Lead Plaintiff, State Teachers Retirement System of Ohio ("STRS Ohio"), hereby moves for leave to file the Surreply attached hereto as Exhibit A in response to the Reply of Amalgamated Bank, as Trustee for the Long View Collective Investment Funds, and to the Supporting Second Declaration of Wilson M. Meeks III, in opposition to STRS Ohio's motion for appointment as Lead Plaintiff and for approval of its selection of Barrack, Rodos & Bacine as Lead Counsel, for the reasons set forth in the accompanying Memorandum of Points and Authorities.

Pursuant to Local Civil Rule 7(m), the parties conferred on the motion. Amalgamated does not oppose the motion "to the extent it is limited to new disclosures of STRS's counsel's political contributions, without argumentation," but opposes the filing of the Surrreply to the

extent "that [it] contains any additional argument."  A copy of the correspondence on this point is attached hereto as Exhibit B.

Dated: April 24, 2017

**BARRACK, RODOS & BACINE**

By: /s/ *Mark R. Rosen*
Mark R. Rosen (Bar No. 336065)
Leonard Barrack
Jeffrey W. Golan
Jeffrey B. Gittleman
Julie B. Palley
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Telephone: (215) 963-0600
Facsimile: (215) 963-0838
mrosen@barrack.com
lbarrack@barrack.com
jgolan@barrack.com
jgittleman@barrack.com
jpalley@barrack.com

*Attorneys for the State Teachers Retirement System of Ohio and Proposed Lead Counsel for the Class*

and

**MURRAY MURPHY MOUL + BASIL LLP**
Brian K. Murphy
Joseph F. Murray
Geoffrey J. Moul
1114 Dublin Rd.
Columbus, OH 43215
Telephone: (614) 488-0400
Facsimile: (614) 488-0401
murphy@mmmb.com
murray@mmmb.com
moul@mmmb.com

*Special Counsel for State Teachers Retirement System of Ohio*