UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATRICIA A. SHENK, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>– v. –<br><br>MALLINCKRODT PLC and MARK TRUDEAU,<br><br>Defendants. | No. 1:17-cv-00145-EGS |

(additional case captions continued on following page)

**<u>NOTICE OF WITHDRAWAL OF COUNSEL</u>**

| | |
|---|---|
| JYOTINDRA PATEL, Individually and On Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>   - v. –<br><br>MALLINCKRODT PLC and MARK TRUDEAU,<br><br>      Defendants. | No. 1:17-cv-00171-EGS |
| AMY T. SCHWARTZ & STEPHEN A. SCHWARTZ, Individually and On Behalf of All Others Similarly Situated,<br><br>      Plaintiffs,<br><br>   - v. –<br><br>MALLINCKRODT PLC and MARK TRUDEAU,<br><br>      Defendants. | No. 1:17-cv-00447-EGS |
| FULTON COUNTY EMPLOYEES' RETIREMENT SYSTEM, Individually and On Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>   - v. –<br><br>MALLINCKRODT PLC, MARK TRUDEAU, and MATTHEW K. HARBAUGH<br><br>      Defendants. | No. 1:17-cv-00534-EGS |

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

    PLEASE TAKE NOTICE that Robyn R. English of Bleichmar Fonti and Auld LLP hereby withdraws as counsel for Amalgamated Bank in the above-captioned actions. Plaintiff Amalgamated Bank continues to be represented by Bleichmar Fonti and Auld LLP.

Dated: May 31, 2017                                    Respectfully submitted,

                                                                 By: */s/ Robyn R. English*_____

                                                                  Robyn R. English (D00406)
                                                                  BLEICHMAR FONTI & AULD, LLP
                                                                  7 Times Square, 27th Floor
                                                                  New York, NY 10036
                                                                  Tel: (212) 789-1359
                                                                  Fax: (212) 205-3970
                                                                  renglish@bfalaw.com

                                                                  *Counsel for Amalgamated Bank*
                                                                  *and [Proposed] Lead Counsel for the Class*

## CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2017, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to the registered participants. Executed on May 31, 2017.

*/s/ Robyn R. English*
Robyn R. English (D00406)