UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PATRICIA A. SHENK, *et al.*,

    *Plaintiffs*,

v().

MALLINCKRODT PLC, *et al.*,

    *Defendants*.

Civil Action No. 17-cv-00145 (DLF)

## ORDER

Before the Court is the unopposed motion of Lead Plaintiff, State Teachers Retirement System of Ohio (STRS Ohio), which seeks leave to issue document preservation subpoenas to identified non-parties directing them to preserve, but not produce at this time, certain materials. Dkt. 58. Having considered the motion, the lack of any opposition, and for good cause shown, it is

**ORDERED** that the motion is **GRANTED**. STRS Ohio may serve the document preservation subpoenas attached to its motion upon the non-party entities identified in that motion. This order shall be served along with the subpoenas. It is further

**ORDERED** that, notwithstanding service of the subpoenas, no persons shall be required to object or respond in any respect, and no person shall produce any documents, unless and until further order of the Court. Finally, it is

**ORDERED** that this order is without prejudice to the right of any interested persons to object or seek to place conditions on the subsequent production of any materials identified in the document preservation subpoenas in the event discovery proceeds.

Date: July 6, 2018

**DABNEY L. FRIEDRICH**
United States District Judge