# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| PATRICIA A. SHENK, et al., | : | HON. DABNEY L. FRIEDRICH |
| Plaintiffs, | : | CASE NO. 1:17-CV-00145-DLF |
| v. | : | |
| MALLINCKRODT PLC, | : | CLASS ACTION |
| MARK TRUDEAU, | : | |
| MATTHEW K. HARBAUGH, and | : | JURY TRIAL DEMANDED |
| HUGH O'NEILL, | : | |
| Defendants. | : | |

## UNOPPOSED MOTION OF LEAD PLAINTIFF, STATE TEACHERS RETIREMENT SYSTEM OF OHIO, FOR LEAVE TO FILE SINGLE MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS

Court-appointed Lead Plaintiff, State Teachers Retirement System of Ohio ("STRS Ohio"), by its counsel, moves for leave to file a single memorandum of points and authorities in opposition to the separate motions to dismiss filed by Mallinckrodt plc and by Individual Defendants Trudeau, Harbaugh and O'Neill, and in support thereof, states as follows:

1. Defendant Mallinckrodt filed a 45-page memorandum in support of its motion to dismiss the consolidated complaint.

2. Individual Defendants Trudeau, Harbaugh and O'Neill filed an 18-page memorandum in support of their separate motion to dismiss.

3. STRS Ohio would like to file a single opposition memorandum, not exceeding 70 pages in length, in response to both motions to dismiss.

4. Plaintiff's counsel has conferred with Defendants' counsel and they have indicated that they do not oppose this motion.

WHEREFORE, Lead Plaintiff respectfully requests that this Court issue the attached proposed Order authorizing the filing of a single 70-page memorandum in opposition to Defendants' motions to dismiss.

**BARRACK, RODOS & BACINE**

By: /s/ *Mark R. Rosen*
Mark R. Rosen (Bar No. 336065)
Leonard Barrack
Jeffrey W. Golan
Jeffrey B. Gittleman
Julie B. Palley
3300 Two Commerce Square

2001 Market Street
Philadelphia, PA 19103
Telephone: (215) 963-0600
Facsimile: (215) 963-0838
mrosen@barrack.com
lbarrack@barrack.com
jgolan@barrack.com
jgittleman@barrack.com
jpalley@barrack.com

*Attorneys for Lead Plaintiff, the State Teachers Retirement System of Ohio and Lead Counsel for the Class*

-and-

**MURRAY MURPHY MOUL + BASIL LLP**
Brian K. Murphy
Joseph F. Murray
Geoffrey J. Moul
1114 Dublin Rd.
Columbus, OH 43215
Telephone: (614) 488-0400
Facsimile: (614) 488-0401
murphy@mmmb.com
murray@mmmb.com
moul@mmmb.com

*Special Counsel for State Teachers
Retirement System of Ohio*