# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATRICIA A. SHENK, *et al.*,<br><br>        Plaintiffs,<br><br>vs.<br><br>MALLINCKRODT PLC, *et al.*,<br><br>        Defendants. | No. 1:17-cv-00145-DLF |

## UNOPPOSED MOTION TO WITHDRAW AS COUNSEL

Pursuant to Rule 83.6(c) of the Local Rules of the United States District Court for the District of Columbia, Jonathan Siegel, Esq., counsel of record for Defendant Mallinckrodt plc ("Mallinckrodt"), respectfully moves this Court for entry of an order allowing him to withdraw as counsel of record in the above-captioned matter.

As of December 31, 2018, Mr. Siegel will no longer be associated with the law firm of Wachtell, Lipton, Rosen & Katz. Moxila A. Upadhyaya and Rachelle Silverberg will remain as counsel for Mallinckrodt. This withdrawal will therefore cause no delay of this matter, nor will it prejudice any party

Pursuant to LCvR 7(m), undersigned counsel sought the consent of all parties to see if there were any objections to the Motion. No party objected to Mr. Siegel's withdrawal.

Dated:  December 31, 2018

Respectfully submitted,

/s/ *Moxila A. Upadhyaya*
Moxila A. Upadhyaya (DC Bar # 494373)
VENABLE LLP
600 Massachusetts Ave., NW
Washington, DC 20001
Phone: (202) 344-4690
Fax: (202) 344-8300
MAUpadhyaya@venable.com

WACHTELL, LIPTON, ROSEN & KATZ
Rachelle Silverberg (*pro hac vice*)
Jonathan Siegel (*pro hac vice*)
51 West 52nd Street
New York, NY  10019
Phone:  (212) 403-1000
Fax:  (212) 403-2000
RSilverberg@wlrk.com
JRSiegel@wlrk.com

*Attorneys for Mallinckrodt plc*