# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATRICIA A. SHENK, *et al.*, <br><br>             Plaintiffs, <br><br>    vs. <br><br> MALLINCKRODT PLC, *et al.*, <br><br>             Defendants. | No. 1:17-cv-00145-DLF |

## UNCONTESTED JOINT MOTION TO AMEND STIPULATION AND DISCOVERY CONFIDENTIALITY ORDER

Lead Plaintiff State Teachers Retirement System of Ohio ("Lead Plaintiff") and Defendants Mallinckrodt Plc ("Mallinckrodt"), Mark C. Trudeau, and Matthew K. Harbaugh ("Defendants") (collectively, the "Parties"), by and through their respective counsel, hereby enter into, and submit for the Court's approval and entry, this Amended Stipulation and Discovery Confidentiality Order ("Amended Discovery Confidentiality Order"), for the protection of confidential documents and information during the course of the above-captioned litigation pursuant to Federal Rule of Civil Procedure 26(c). The proposed changes to the Discovery Confidentiality Order were made at the request of a non-party subject to discovery and are acceptable to all parties. For the Court's convenience, the parties are providing a clean and redline version of the Amended Stipulation and Discovery Confidentiality Order.

The parties stand ready to participate in a conference with the Court, if requested, to address any questions the Court may have with respect to this motion.

Dated: February 24, 2020

Respectfully submitted,

**BARRACK, RODOS & BACINE**

By: /s/ *Mark R. Rosen*
Mark R. Rosen (Bar No. 336065)
Leonard Barrack
Jeffrey W. Golan (*pro hac vice*)
Jeffrey B. Gittleman (*pro hac vice*)
Julie B. Palley
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Telephone: (215) 963-0600
Facsimile: (215) 963-0838
mrosen@barrack.com
lbarrack@barrack.com
jgittleman@barrack.com
jpalley@barrack.com

*Attorneys for the State Teachers Retirement System of Ohio and Lead Counsel for the Class*

**MURRAY MURPHY MOUL + BASIL LLP**
Brian K. Murphy (*pro hac vice*)
Joseph F. Murray
Geoffrey J. Moul
1114 Dublin Rd.
Columbus, OH 43215
Telephone: (614) 488-0400
Facsimile: (614) 488-0401
murphy@mmmb.com
murray@mmmb.com
moul@mmmb.com

*Special Counsel for State Teachers Retirement System of Ohio*

**VENABLE LLP**

By: /s/ *Moxila A. Upadhyaya*
    Moxila A. Upadhyaya

Moxila A. Upadhyaya (DC Bar #494373)
600 Massachusetts Ave., NW
Washington, DC 20001
Phone: (202) 344-4690
Fax: (202) 344-8300
MAUpadhyaya@venable.com

**WACHTELL, LIPTON, ROSEN & KATZ**
Rachelle Silverberg (*pro hac vice*)
Corey J. Banks (*pro hac vice*)
51 West 52nd Street
New York, NY 10019
Phone: (212) 403-1000
Fax: (212) 403-2000
RSilverberg@wlrk.com
CJBanks@wlrk.com

*Attorneys for Mallinckrodt plc*

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By: /s/ *William A. Clareman*

Daniel J. Kramer (*pro hac vice*)
David W. Brown (*pro hac vice*)
William A. Clareman (*pro hac vice*)
1285 Avenue of the Americas
New York, NY 10019
Phone: (212) 373-3000
Fax: (212) 757-3990
dkramer@paulweiss.com
dbrown@paulweiss.com
wclareman@paulweiss.com

Charles E. Davidow
2001 K Street, NW
Washington, D.C. 20006
Phone: (202) 223-7380
Fax: (202) 204-7380
CDavidow@paulweiss.com

***Attorneys for Mark C. Trudeau and Matthew K. Harbaugh***

**IT IS SO ORDERED.**

DATED: _____     _____
THE HONORABLE DABNEY L. FRIEDRICH
UNITED STATES DISTRICT JUDGE