UNITED STATES DISTRICT AND
BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA
OFFICE OF THE CLERK
E. BARRETT PRETTYMAN COURTHOUSE
WASHINGTON, DC 20001

OFFICIAL BUSINESS

U.S. POSTAGE >> PITNEY BOWES

ZIP 20001 $ 000.50⁰
02 1W
0001399957 OCT 14 2020

RECEIVED
Mail Room
OCT 26 2020
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

AMY T. SCHWARTZ
1722 Cedarbrook
Glenbrook, NV 89413

20001>2167

NIXIE    895    CE    1700    2210/20/20

RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD

BC: 20001215799    *6341-01255-26-31

