UNITED STATES DISTRICT AND
BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA
OFFICE OF THE CLERK
E. BARRETT PRETTYMAN COURTHOUSE
WASHINGTON, DC 20001

OFFICIAL BUSINESS

CAP DISTRICT
MD 207
02 SEP '20
PM 1 L

U.S. POSTAGE PITNEY BOWES
ZIP 20001 $ 000.50⁰
02 1W
0001399957 SEP 02 2020

RECEIVED
Mail Room
SEP 18 2020
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

AMY T. SCHWARTZ
1722 Cedarbrook
Glenbrook, NV 89413

NIXIE 895 CE 1 2209/16/20
RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD
BC: 20001210799 *2117-02141-02-43

IA
20001

JH