UNITED STATES DISTRICT AND
BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA
OFFICE OF THE CLERK
E. BARRETT PRETTYMAN COURTHOUSE
WASHINGTON, DC 20001

OFFICIAL BUSINESS



RECEIVED
SEP 1 8 2020

CAP DISTRICT
MD 207
02 SEP '20
PM 4 L



US POSTAGE>>PITNEY BOWES

ZIP 20001
02 1W
0001399957 SEP 02 2020
$ 000.50⁰

STEPHEN A. SCHWARTZ
1722 Cedarbrook
Glenbrook, NV 89413



NIXIE          893          CE  1          2209/10/20

RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD

BC: 20001276755          *2417-04057-02-45